UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:15−bk−13773−MCW |
| LEGACY REAL ESTATE GROUP LLC | Chapter: 11 |
| *Debtor(s)* | |

| | |
|---|---|
| LEGACY REAL ESTATE GROUP LLC | Adversary No.: 2:16−ap−00156−MCW |
| *Plaintiff(s)* | |
| v. | |
| STEVE VILLARREAL P.C. et al. | |
| *Defendant(s)* | |

# ORDER SETTING PRE−TRIAL STATUS CONFERENCE

Defendant(s) having answered;

IT IS ORDERED that a pre−trial status conference be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 702, Phoenix, AZ before the Honorable Madeleine C. Wanslee on 6/21/16 at 10:30 AM .

IT IS FURTHER ORDERED that pursuant to Bankruptcy Rule 7026(f), the parties are to meet, as soon as practicable and in any event no later than 14 days prior to the above hearing, to develop a proposed discovery plan and to discuss those matters stated in Bankruptcy Rule 7026(f). A joint written report outlining the discovery plan to include those four items in subsection (f), shall be filed with the Court no later than ten days after the meeting.

**Date:** May 23, 2016

BY THE COURT

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

HONORABLE Madeleine C. Wanslee
United States Bankruptcy Judge